**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ILENE A. ZAUSS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security,<br><br>                    Defendant. | Case No. CV 15-8788 SS<br><br><br>**JUDGMENT** |

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.


DATED:  August 26, 2016


                                   _____/S/_____
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE